

11/26/2024

Brian T. Giles
c/o Giles & Harper, LLC
7247 Beechmont Ave
Cincinnati, OH, 45230

Person/Entity to be Served: Karma Financial Group LLC
  Case Number: 1:24-cv-01670-PAG

**Notice of Receipt**

The Secretary of State received service of process, notice or demand as the agent for Karma Financial Group LLC. Service was forwarded via certified mail to:
ATTN: Sumedh Basani 1440 Rockside Rd STE319 Cleveland,OH 44134
c/o Sumedh Basani 55 Public Sq Unit 1406 Cleveland,OH 44113

Sincerely,

Frank LaRose
Secretary of State

Ohio Secretary of State
Attn: Paralegal Division – Service of Process
180 Civic Center Dr.
Columbus, Ohio 43215

COLUMBUS OH 430

27 NOV 2024 PM 2 L

EMILIO SANCHEZ   FOREVER/USA

PERRONG LAW LLC
2657 MOUNT CARMEL AVE
GLENSIDE PA 19038-2911