UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY STARLING, ON BEHALF OF HERSELF AND OTHER SIMILARLY SITUATED | : : : |
| | : |
| Plaintiff, | : CASE NO. 1:24-CV-1670 |
| | : |
| v. | : |
| | : |
| BASANI FINANCIAL SERVICES, LLC, *et al.*, | : : |
| | : |
| Defendants. | : |

Judge: JUDGE PATRICIA A. GAUGHAN

**JOINT MOTION FOR AMENDED SCHEDULING ORDER**

Plaintiff Kimberly Starling and Defendants Basani Financial Services, LLC and Karma Financial Group, LLC jointly move the Court to enter an Amended Scheduling Order. In support of this motion, the parties state as follows:

1. The Court entered the current scheduling order on February 4, 2025 (ECF #13).

2. Pursuant to Federal Rules 6(b)(1) and 16(b)(4), the parties believe good cause exists for a modification of the existing scheduling order.

3. The Parties have worked diligently pursuing discovery in this complex class action.

4. The parties have served discovery, served supplemental and amended discovery responses, exchanged document productions, participated in meet and confer conferences, attempted to schedule fact witness depositions, and have had settlement discussions.

5. The parties also currently have mediation with a private mediator set for September 11, 2025.

6. While the discovery cutoff is not until September 19, 2025, counsel for the parties have the upcoming mediation and other obligations that will impact their ability to complete fact discovery within the current case schedule.

7. Thus, out of an abundance of caution, the requested schedule modification is necessary to preserve the integrity of the proceedings by ensuring all parties have the meaningful opportunity to complete discovery and prepare dispositive motions.

8. The parties' proposed schedule is submitted in good faith and not to cause delay or for any improper or dilatory purpose.

9. For the above reasons, the parties believe good cause exists to extend the current discovery deadlines and respectfully request that this Court enter the following proposed deadlines:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to Complete Fact Discovery | September 19, 2025 | January 16, 2026 |
| Expert Reports to be Exchanged | October 17, 2025 | February 13, 2026 |
| Expert Discovery Cutoff | January 12, 2026 | May 12, 2026 |
| Deadline for Filing Dispositive Motions | March 16, 2026 | July 14, 2026 |
| Deadline for filing Motion for Class Certification | March 16, 2026 | July 14, 2026 |
|  |  |  |

WHEREFORE, the parties respectfully request that this Court extend the deadlines as set forth in this Motion.

Dated:  September 4, 2025

/s/ *Anthony Paronich*
Anthony Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA  02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
Facsimile: (614) 760-8654
Email: anthony.paronichlaw.com
*Attorneys for Plaintiff*

Respectfully submitted,

/s/ *Spencer E. Krebs*
Spencer E. Krebs (0097414)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113-7213
Telephone: (216) 592-5000
Facsimile: (216) 592-5009
Email: spencer.krebs@tuckerellis.com
*Attorney for Defendants*