IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| KIMBERLY STARLING, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BASANI FINANCIAL SERVICES, LLC, et al.,<br><br>Defendants. | : Case No. 24-cv-1670<br>: Judge Patricia A. Gaughan<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

IT IS SO ORDERED.
/s/ Patricia A. Gaughan
12/15/25

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees.

Dated: December 12, 2025

Respectfully submitted,

/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

Attorney for Plaintiff

/s/ Spencer E. Krebs
Spencer E. Krebs (0097414)
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Tel:	216.592.5000
Fax:	216.592.5009
Email: spencer.krebs@tuckerellis.com

*Attorney for Defendants*

1